Radi Tamaseric, Respondent, v. Clinton Beckwith, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of Clifford H. Newell, an Attorney and Counselor at Law. — Proceeding continued until the further order of the court, upon condition that the said Newell pay the referee's fees and disbursements and the stenographer's fees in this proceeding within twenty days.

In the Matter of the Arbitration of Certain Claims in Favor of Martin D. Buckley, Respondent, against Joseph J. Welch, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. John S. Aitken, Respondent, v. John T. Evans and Frederick H. Hazard, County Judge of Oneida County, Appellants.— Order and writ affirmed, with costs. All concurred.

Louise P. Newcomb, Appellant, v. Gertrude M. Jones, Individually and as Executrix, etc., of W. Martin Jones, Deceased, and Gertrude Minnie Jones, Respondents, Impleaded with Abram Jones and Others.— Order reversed with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to renew upon payment of the costs herein provided for and the ten dollars costs of former motion. All concurred, except Spring, J., who dissented.

George F. Hixson, as Trustee in Bankruptcy, etc., of Thomas W. Lyons, a Bankrupt, Respondent, v. Flower City Brewing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Morrison, as Administratrix, etc., of Charles H. Bace, Deceased, Plaintiff, v. Pennsylvania Railroad Company, Defendant.— Plaintiff's exceptions sustained and motion for new trial granted, with costs to plaintiff to abide event. Held, that the questions of defendant's negligence and of intestate's contributory negligence were questions of fact for the jury. All concurred, except McLennan, P. J., and Robson, J., who dissented.

Frank S. Elder, Appellant, v. International Railway Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Catherine Tuttle, as Administratrix, etc., of Andrew J. Tuttle, Deceased, Appellant, v. The Lake Shore and Michigan Southern Railway Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Margaret Long, as Administratrix, etc., of James Long, Deceased, Respondent, v. Onondaga Independent Telephone Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Domenico Colaizzi, Respondent, v. Pennsylvania Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals granted.

Charles Kelly, Appellant, v. National Starch Company, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented. (See 142 App. Div. 286.)